IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LASHAUNA TENISHA LOPEZ,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5396

Opinion filed June 5, 2017.

Petition for Writ of Certiorari—Original Jurisdiction.

Charlie Cofer, Public Defender, Elizabeth H. Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Jason W. Rodriguez, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is DENIED on the merits.

ROBERTS, C.J., LEWIS, and BILBREY, JJ., CONCUR.